■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL SANTOS, Appellant. [800 NYS2d 512]—Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered November 17, 2003, convicting him of manslaughter in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt, based on an acting-in-concert theory. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (see CPL 470.15 [5]). Florio, J.P., H. Miller, Ritter and Rivera, JJ., concur.